# United States Court of Appeals for the Fifth Circuit

---

No. 24-10557

---

Amy Arzamendi, *on behalf of herself and a class of similarly situated individuals*; Michael C. Orloff, *on behalf of himself and a class of similarly situated individuals*; Brooke Stadler, *on behalf of herself and a class of similarly situated individuals*,

*Plaintiffs—Appellants*,

*versus*

Pete Hegseth Secretary, *Secretary, U.S. Department of Defense, in both his individual and official capacity*; Kathleen H. Hicks, *Deputy Secretary of Defense, in both her individual and official capacity*; Gilbert R. Cisneros, Jr., *Vice Admiral, Under Secretary of Defense, in both his individual and official capacity*; The Department of Defense,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-770

---

ON PETITION FOR REHEARING EN BANC

Before Richman, Willett, and Douglas, *Circuit Judges*.
Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is

No. 24-10557

DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.